Howard N. Wollitz, SBN 58674
WILLIAMS & WOLLITZ PC
1539 Westwood Blvd., Second Floor
Los Angeles, California 90024
(310) 801-7185
hwollitz@wwlawcorp.com

Attorneys for Plaintiff
KEMPER INDEPENDENCE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS O'KEEFFE; DAVID ADAMS,<br><br>Defendants. | Case No. 2:24-cv-0327-DJC-KJN<br><br>**ORDER STAYING PROSECUTION OF KEMPER INDEPENDENCE INSURANCE COMPANY'S DECLARATORY RELIEF ACTION PENDING RESOLUTION OF CRIMINAL CHARGES AND CIVIL ACTION AGAINST DEFENDANT THOMAS O'KEEFFE** |

   WHEREAS Plaintiff Kemper Independence Insurance Company filed its Unopposed Motion for Order staying prosecution of this Declaratory Judgment Action ("the DJA") until resolution of criminal charges pending against defendant Thomas O'Keeffe arising out of the same events as those giving rise to the DJA,

   WHEREAS, the Court having read and examined all papers submitted in connection with the application for stay of the DJA and being fully apprised of the premises,

///

///

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** as follows:

The DJA hereby is stayed pending resolution of the criminal charges and state court civil action pending against defendant Thomas O'Keeffe.  The parties shall submit a status report to the Court every 90 days regarding the status of the criminal proceedings.  Counsel for Plaintiff shall serve a copy of this order on Defendants.

Dated:  March 11, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE